Edward Hung, SBN 221232
**WONG & ASSOCIATES**
413 Third Street
Oakland, CA 94607
Telephone: 510-451-2124
Facsimile: 510-451-2448

Attorneys for Defendant
Tawei Ho

FILED

DEC 1 9 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>v.<br><br>Tawei Ho<br><br>　　　　　Defendant. | Case No.: CR 11-00592-DLJ  562<br><br>**STIPULATION RE AUTHORIZATION FOR INTERNATIONAL TRAVEL AND [PROPOSED] ORDER** |

The United States of America and Tawei Ho hereby stipulate and agree to the entry of an order authorizing Mr. Ho to travel to Carlsbad, San Diego, and Anaheim California from December 20, 2011 to December 27, 2011, for a family vacation. United States Pretrial Officer Gelereh Farahmand has been consulted as to the proposed travel and has no opposition.

IT IS SO STIPULATED.

Dated: December 12, 2011

　　　　　　　　　　　　　　　　　　　　WONG & ASSOCIATES

　　　　　　　　　　　　　　　　　　　　EH /s/
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD HUNG
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　TAWEI HO

Dated: December 16, 2011

HC /s/
_____
HANLEY CHEW
Assistant United States Attorney

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that defendant TAWEI HO shall be permitted to travel to Carlsbad, San Diego, and Anaheim, California from December 20, 2011 to December 27, 2011.

**IT IS SO ORDERED**

Dated: 12/16/11

~~D. LOWELL JENSEN~~
United States ~~District~~ Magistrate Judge
Howard R. Lloyd

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124