Edward Hung, SBN 221232
**WONG & ASSOCIATES**
413 Third Street
Oakland, CA 94607
Telephone:    510-451-2124
Facsimile:     510-451-2448

Attorneys for Defendant
Tawei Ho

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | **Case No.: CR 11-00582 DLJ** |
| Plaintiff, | **STIPULATION RE AUTHORIZATION** |
| v. | **FOR TRAVEL AND []** |
| Tawei Ho | **ORDER** |
| Defendant. | |

     The United States of America and Tawei Ho hereby stipulate and agree to the entry of an order authorizing Mr. Ho to travel to San Diego, California from May 27, 2012 to June 2, 2012, for a family vacation.  United States Pretrial Officer Gelereh Farahmand has been consulted as to the proposed travel and has no opposition.

IT IS SO STIPULATED.

Dated: May 21, 2012

                            WONG & ASSOCIATES

                            EH /s/

                           _____
                            EDWARD HUNG
                            Attorney for Defendant
                            TAWEI HO

**WONG & ASSOCIATES**
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

Dated: May 21, 2012

HC /s/
_____
HANLEY CHEW
Assistant United States Attorney

## ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that defendant TAWEI HO shall be permitted to travel to San Diego, California from May 27, 2012 to June 2, 2012.

**IT IS SO ORDERED**

Dated: _____
_____
D. LOWELL JENSEN
United States District Judge

WONG & ASSOCIATES
ATTORNEYS AT LAW
415 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124