Edward Hung, SBN 221232
**WONG & ASSOCIATES**
413 Third Street
Oakland, CA 94607
Telephone: 510-451-2124
Facsimile: 510-451-2448

Attorneys for Defendant
Tawei Ho

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| United States of America, | Case No.: CR 11-00562 DLJ |
|---|---|
| Plaintiff, v. | **STIPULATION AND []** **ORDER TO CONTINUE DEFENDANT'S SENTENCING** |
| Tawei Ho | |
| Defendant. | |

The parties, including the defendant stipulate as follows:

The parties agree that defendant requires additional time to adequately prepare for sentencing. Counsel for Defendant has a trial which conflicts with the current sentencing date of June 21, 2012. The United States, through undersigned counsel, is unavailable between August 7, 2012 to August 21, 2012. Defendant also has pre-existing family obligations in September with family visiting from overseas. The parties respectfully request that the Court continue defendant's sentencing from June 21, 2012 to November 8, 2012, at 10:00AM.

IT IS SO STIPULATED.

//

//

//

1

//

Dated: June 13, 2012

                                        WONG & ASSOCIATES

                                        EH /s/
                               _____
                               EDWARD HUNG
                               Attorney for Defendant
                               TAWEI HO

                               MELINDA HAAG
                               United States Attorney

                                        HC /s/
Dated: June 13, 2012                      _____
                               HANLEY CHEW
                               Assistant United States Attorney

**ORDER**

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Tawei Ho's sentencing in the above-captioned case is continued from June 21, 2012 to November 8, 2012 at 10:00AM.

**IT IS SO ORDERED.**

Dated: _____                  _____
                               THE HONORABLE D. LOWELL JENSEN
                               United States District Judge