Edward Hung, SBN 221232
**WONG & HUNG**
413 Third Street
Oakland, CA 94607
Telephone:    510-451-2124
Facsimile:    510-451-2448

E-FILING

Attorneys for Defendant
Tawei Ho

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | **Case No.: CR 11-00562 DLJ** |
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER RE: EXONERATING THE BOND AND RELEASING PASSPORT** |
| Tawei Ho | |
| Defendants. | |

Defendant Tawei Ho, by and through his counsel Edward Hung and Assistant United States Attorney Hanley Chew, Esq., hereby stipulate and agree that the bond in the above entitled matter be exonerated and the defendant's passport be released. Good cause exists for granting this order since the defendant has entered a plea of guilty, has been sentenced, and completed his sentence.

IT IS SO STIPULATED.

WONG & ASSOCIATES

EH /s/

Dated: July 24, 2013

_____
EDWARD HUNG
Attorney for Defendant
TAWEI HO

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

MELINDA HAAG
United States Attorney

HC /s/

Dated: September 23, 2008

_____
HANLEY CHEW, ESQ.
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, the bond in the above-entitled matter is exonerated and the defendant's passport is ordered released and returned to the defendant.

**IT IS SO ORDERED**

Dated: _____.

_____
D. LOWELL JENSEN
United States District Judge